

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2014

No. 04-13-00187-CR

Fernando **RODRIGUEZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2011-CRN-531-D3
, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on October 7, 2013. On November 1, 2013, a notice of late brief was sent to appellant's counsel. Counsel responded by filing a first motion for extension of time on November 15, 2013 explaining that he had undergone emergency quadruple heart-bypass surgery which required a period of rest from September 20, 2013 to November 20, 2103. He requested an extension of sixty days in which to file the appellant's brief. The motion was granted, extending the deadline for filing the brief to January 6, 2014, with no further extensions. On January 8, 2014, appellant's counsel filed a second motion for extension requesting an additional thirty days based on the same reason. Because counsel had already received extensions totaling 90 days and been notified there would be no further extensions, the motion was granted "in part" for fourteen days, making the appellant's brief due on January 28, 2014. The order stated that, "No further motions to extend time to file the appellant's brief will be considered." In a telephone call to the court on February 11, 2014, counsel assured the clerk that the appellant's brief would be filed no later than February 18, 2014, along with a motion for extension. The appellant's brief was not filed. Instead, appellant's counsel filed a third motion for extension on February 21, 2014 requesting an additional sixty days to file the brief.

The motion is GRANTED IN PART for thirty (30) days. **The appellant's brief must be filed <u>no later than March 24, 2014</u>.** THIS IS THE **<u>FINAL</u>** EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2014.



Keith E. Hottle
Clerk of Court